October 10, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

PAUL STEVEN JACOBS, Appellant

NO. 14-13-00460-CV                              V.

MELISSA ELLEN FIELDS JACOBS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 18, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Paul Steven Jacobs.

We further order this decision certified below for observance.